**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7158

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEON JACKSON, JR., a/k/a Juice, a/k/a Juicy,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-95-6-A)

Submitted: November 18, 2004        Decided: November 29, 2004

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leon Jackson, Jr., Appellant Pro Se. Paul Joseph McNulty, United States Attorney, Irvin McCreary Allen, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leon Jackson, Jr., appeals the district court's orders denying his motion for reconsideration and to vacate sentence, and for documents at Government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jackson, No. CR-95-6-A (E.D. Va. June 24, 2004 & July 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED